■ RICHARD ROCKAFELLOW, Respondent, v. COTT CORPORATION, Appellant, et al., Defendants.— Order entered December 5, 1969, unanimously reversed on the law and the facts, with $30 costs and disbursements to appellant, and the motion for a protective order vacating plaintiff's notice of discovery and inspection granted, and without prejudice to service of a proper notice which will specify with reasonable particularity the items sought to be examined (see *Rios* v. *Donovan,* 21 A D 2d 409). Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.